

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEI INVESTMENTS, LLC, | CIVIL ACTION |
| Plaintiff, | Case No.: 15-cv-00746(ES-MAH) |
| v. | Judge: Hon. Esther Salas, USDJ |
| BLACK DIAMOND CAPITAL APPRECIATION FUND, LP, BLACK DIAMOND GP, LLC, BLACK DIAMOND INVESTMENTS, LP, BLACK DIAMOND INVESTMENTS, LLC, NICHOLAS LATTANZIO, RAY COMMISSO, INTERNATIONAL LENDING SERVICES and PASQUALE MONTESANTI, | STIPULATION OF DISMISSAL |
| Defendants. | |

The Complaint having been previously dismissed without prejudice as to all other Defendants, it is hereby stipulated and agreed by and between the remaining Parties, Plaintiff, HEI Investments, LLC, and Defendant, Nicholas Lattanzio, that the above captioned matter be, and is hereby, dismissed without prejudice and without costs against any party.

LAW OFFICE OF FORREST SCOTT TURKISH
Attorney for Plaintiff,
HEI Investments, LLC

By: _____    Date: 5/22/18
Forrest S. Turkish, Esq.

HARTMANN, DOHERTY, ROSA, BERMAN, & BULBULIA, LLC,
Attorneys for Defendant,
Nicholas Lattanzio

By: _____    Date: 5/21/18
Paul S. Doherty, III, Esq.

(Forrest LattanzioDismissal Stp.doc)

1

Esther Salas, USDJ
5/24/18